# IN THE NINTH COURT OF APPEALS

_____

## 09-17-00385-CV

_____

Antonio Garcia

v.

Liberty Materials, Inc. and Liberty Materials Transportation, Inc.

_____

On Appeal from the
410th District Court of Montgomery County, Texas
Trial Cause No. 15-02-01447-CV

_____

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed.  IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeal is dismissed.  All costs of the appeal are assessed against the appellant.

Opinion of the Court delivered by Justice Leanne Johnson

December 14, 2017

## APPEAL DISMISSED

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court